NUMBER 13-07-442-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


LAVANYA S. RATNAM, Appellant,


v.



SURESH RATNAM, Appellee.

_________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, LAVANYA S. RATNAM, perfected an appeal from a judgment entered
by the 332nd District Court of Hidalgo County, Texas, in cause number F-5297-04-F. After
the notice of appeal was filed, appellant filed a motion to withdraw the notice of appeal. 
In the motion, appellant states that she does not wish to continue with the appeal of this
matter. Appellant requests that this Court permit the withdrawal of the notice of appeal.

 The Court, having considered the documents on file and appellant's motion to
withdraw the notice of appeal, is of the opinion that the motion should be granted. 
Appellant's motion to withdraw the notice of appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 4th day of October, 2007.